# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                        **CASE NO.** 25-20050-HLT-ADM
                                    **FILED UNDER SEAL**

**MATTHEW D. THOMPSON,**

      **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**DISTRIBUTION OF CHILD PORNOGRAPHY**
**[18 U.S.C. § 2252A(a)(2)(A)]**

On or between October 24, 2020 and October 25, 2020, in the District of Kansas, the defendant,

**MATTHEW D. THOMPSON,**

having been previously convicted of the laws of any state relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor, to wit: Attempt Oral Sexual Battery in St. Tammany Parish, Louisiana District Court docket number 4660238

1

in 2010, knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce, and that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).

## COUNT 2

### DISTRIBUTION OF CHILD PORNOGRAPHY
### [18 U.S.C. § 2252A(a)(2)(A)]

On or about October 29, 2020, in the District of Kansas, the defendant,

## MATTHEW D. THOMPSON,

having been previously convicted of the laws of any state relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor, to wit: Attempt Oral Sexual Battery in St. Tammany Parish, Louisiana District Court docket number 4660238 in 2010, knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce, and that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).

## FORFEITURE NOTICE

1. The allegations contained in Counts 1-2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, U.S.C. § 2253(a).

2. Upon conviction of one or more of the offenses set forth in Counts 1-2, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253(a), any and all property used or intended to be used in any manner or part to commit or to promote the commission of such offense or any property traceable to such property, including but not limited to:

| Description | Identification Number | HARCFL Bar Code |
|---|---|---|
| TP Link 8 Port Switch | 215A079005512 | HARCFL 114444 |
| Google Router | 0C07HW002U2 | HARCFL 114445 |
| Sabrent HD Enclosure | 3.00934E+13 | HARCFL 114441 |
| HP Compaq 8300 Tower | MXL31621V2 | HARCFL 114442 |
| HP Z800 | 2UA12805LD | HARCFL 114433 |
| HP Elitebook 8470 | CNU345BNFL | HARCFL 114440 |
| Cisco DS-C9148-32P | D130070 | HARCFL 114447 |

| | | |
|---|---|---|
| HP Compaq Pro 6300 | MXL3381CTM | HARCFL 114450 |
| HP ProDesk 400 G3 | USH835L03V | HARCFL 114451 |
| HP ProDesk 400 G3 | USH834L156 | HARCFL 114453 |
| HP ProDesk 400 G3 | USH832L080 | HARCFL 114452 |
| TP Link 8 Port Switch | 2159A76005203 | HARCFL 114446 |
| HP Compaq 6000 | MXL1041DPJ | HARCFL 114435 |
| Memory Storage Module | SHU0979752NMECR | HARCFL114438 |
| Memory Storage Module | 2M210100UT | HARCFL114436 |
| Memory Storage Module | SHU0954293G1MSM | HARCFL114437 |
| Memory Storage Module | SHU0954293G1M3F | HARCFL114439 |
| Memory Storage Module | C21601003K50514 | HARCFL114457 |
| HP Tower | USW44301Q8 | HARCFL 114455 |
| Dell Tower HU290EM-01 | JLMZ172 | HARCFL114456 |
| 8GB Sandisk Compact Flash | N/A | N/A |
| HP HSTNS-5141 | N/A | N/A |
| 2 SSD 240gb drives | N/A | N/A |
| TP Link 24 Port Switch | 218B755000893 | N/A |
| HD's (8)2.5 internal, (23)LTO Tapes, (10) 3.5 HD | N/A | N/A |
| IBM LTO 3 Tape | A00074 | N/A |

HP Laptop             5CD75161PZ
Samsung Tablet SM-T580    R52HC0H43JA
Apple MacMini         C07XR05EJYVY
Alienware Laptop      58B2R32
Alienware Laptop      41839054634


                                            A TRUE BILL.


June 4, 2025                           s/Foreperson
DATE                                   FOREPERSON OF THE GRAND JURY


4

DUSTON J. SLINKARD
ACTING UNITED STATES ATTORNEY

By: /s/ Audrey McCormick
Audrey McCormick
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas  66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: Audrey.McCormick@usdoj.gov
Ks. S. Ct. No. 24847

> IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

## PENALTIES

### Counts 1-2: Distribution of Child Pornography, 18 U.S.C. § 2252A(a)(2)(A)

- Punishable by a term of imprisonment of not less than five (5) years and no more than twenty (20) years. If such person has a prior conviction under section 1591, chapter 71, chapter 109A, chapter 110, or chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any state relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment or transportation of child pornography, or sex trafficking of children, the term of imprisonment shall be for not less than fifteen (15) years and nor more than forty (40) years. 18 U.S.C. § 2252A(b)(1).

- A term of supervised release of at least 5 years and no more than life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. §3571(b)(3)

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- A $5000 JVTA assessment. 18 U.S.C. § 3014.

- A child pornography assessment of $35,000. 18 U.S.C. § 2259A(a)(2).

- Restitution. 18 U.S.C. §§ 2259, 3663, and 3663A.